## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| BRANDON SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:23-cv-00022 |
| v. | ) | |
| | ) | Chief Judge Waverly D. Crenshaw, Jr. |
| KALIL SOFI and | ) | Magistrate Judge Jeffrey S. Frensley |
| MOHAMMED SOFI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER DENYING MOTION FOR ENTRY OF DEFAULT

On July 28, 2022, Plaintiff Brandon Smith filed a Request for Entry of Default against Defendants Kalil Sofi and Mohammed Sofi. (Doc. No. 28). Pursuant to Local Rule 55.01, "[m]otions for entry of default under Fed. R. Civ. P. 55(a) *must be accompanied by an unsworn declaration under penalty of perjury under 28 U.S.C. § 1746* verifying: (i) proof of service; (ii) the opposing party's failure to plead or otherwise defend; (iii) if the opposing party is an individual, that the opposing party is not a minor or incompetent person; and, (iv) if the opposing party is an individual, that the opposing party is not in the military service, as required by 50 U.S.C. § 3931(b)(1)." L.R. 55.01 (emphasis added). Plaintiff's Request is procedurally defective as it fails comply with Local Rule 55.01. Accordingly, Plaintiff's Request for Entry of Default (Doc. No. 28) is **DENIED** without prejudice.

s/ Lynda M. Hill
Lynda M. Hill
Clerk of Court